FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0476

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0476

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JESSE DAVID SEDLER,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 27, 2020, within which to prepare, serve, and file its response brief.

**MM**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2020